Ikuo S. DONSELAAR, on behalf of himself and all persons similarly situated, Plaintiff–Appellant,

v.

DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA, County of Orange, and Martin Breen, Defendants–Appellees.

No. 99–56968.
D.C. No. CV–99–00759–DOC.

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2001.*

Decided April 19, 2001.

Before PREGERSON, FERNANDEZ, and GRABER, Circuit Judges.

MEMORANDUM **

For the reasons stated in the district court's oral ruling, we affirm the district court's judgment dismissing Plaintiff's

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.